650

J. B. Bradford Piano Company, Respondent, vs. Jack Hing Wong and another, Appellants.

For the appellants: *Wm. F. Quick* of Milwaukee.
For the respondent: *Edgar L. Wood* of Milwaukee.
*By the Court.*—Order affirmed.

Hoppe and another, Respondents, vs. Wendt, Appellant.

For the appellant: *C. G. Cannon* of Appleton.
For the respondents: *Mark Catlin* of Appleton.
*By the Court.*—Judgment affirmed.

Bushey, Appellant, vs. State Bank of Ogema, Respondent.

For the appellant: *H. J. Blanchard* of Phillips.
For the respondent: *J. A. DeBardeleben* of Phillips.
*By the Court.*—Judgment affirmed.

Richter, Appellant, vs. Anderson, Respondent.

For the appellant: *Carroll & Thekan* of Milwaukee.
For the respondent: *Carbys & Kenney* of Milwaukee.
*By the Court.*—Judgment affirmed.